IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WEEKS MARINE, INC., *et al.*, ) | |
|     Plaintiffs/Counter-Defendants, ) | |
| ) | CIVIL ACTION 14-00231-KD-B |
| v. ) | |
| ) | |
| BRANDON WRIGHT, ) | |
|     Defendant/Counter-Plaintiff. ) | |

## JUDGMENT

In conjunction with the Order issued on this date, and as detailed therein:

1) ASI/Weeks' request for entry of a **DECLARATORY JUDGMENT** concerning the commencement of payment of maintenance and cure to Wright is **MOOT,** but ASI/Weeks' request for entry of a **DECLARATORY JUDGMENT** concerning *future* maintenance and cure to Wright is **GRANTED**;

2) **JUDGMENT** is entered in favor of Wright and against ASI as to Wright's Jones Act negligence claim;

3) **JUDGMENT** is entered in favor of Wright and against Weeks as to Wright's unseaworthiness claim;

4) Wright's past and future medical expense damages claims are **DENIED;**

5) Wright's past lost wage damage claim is **DENIED;**

6) Wright's future lost wage damage claim is **DENIED;**

7) Wright's pain and suffering damages claim is **GRANTED** insofar as such damages are awarded in favor of Wright and against Weeks and ASI, in the amount of **$80,000;** and

8) Wright's maintenance and cure attorneys' fees and punitive damages claims are **DENIED**.

**DONE** and **ORDERED** this the **15**<sup>th</sup> day of **July 2015.**

                                    /s/ Kristi K. DuBose
                                    **KRISTI K. DuBOSE**
                                    **UNITED STATES DISTRICT JUDGE**